**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**


**C.H. ROBINSON WORLDWIDE, INC.**  X
                          )
                          )      **CASE NO. 1:21-CV-07939-ALC**
          **Plaintiff,**     )
                          )
                          )
-against-                  )      **PLAINTIFF'S NOTICE OF SERVICE**
                          )       **OF FED. R. CIV. P. 26(a)(1)**
                          )         **INITIAL DISCLOSURES**
                          )
                          )
                          )
**PRODUCE DEPOT USA, LLC**    )
**GAETANO M. BALZANO,**     )
**LUIS A. RUELAS and**        )
**MICHAEL E. FELIX**          )
                          )
          **Defendants.**    )
_____X

       Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, as amended, and in accordance with this Court's Local Rules, Plaintiff C.H. Robinson Worldwide, Inc. hereby respectfully gives this Court notice that its Fed. R. Civ. P. 26(a)(1) Initial Disclosures were prepared, completed, and served this date, January 13, 2022, upon Defendants' Counsel via e-mail and via first class U.S. Mail, postage pre-paid, at the following address:

       Timothy J. Fierst, Esq.
       The Fierst Law Group, P.C.
       462 Sagamore Ave., Suite 2
       East Williston, NY  11596
       tfierst.law@gmail.com

Respectfully submitted,

Dated:   January 13, 2022

*/s/ Mark A. Amendola*
MARK A. AMENDOLA
  Ohio Bar I.D. No. 0042645
   Admitted Herein *Pro Hac Vice*
MARTYN AND ASSOCIATES CO.
820 W. Superior Avenue, Tenth Floor
Cleveland, Ohio  44113
(216) 861-4700 - telephone
(216) 861-4703 - facsimile
Email:  *mamendola@martynlawfirm.com*

Attorney    for    Plaintiff   C.H.   Robinson
Worldwide, Inc.