```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED: 3/4/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

C.H. ROBINSON WORLDWIDE, INC.,

                                    Plaintiff,                                  **21-CV-7939 (ALC) (KHP)**

                        -against-                                                **ORDER**

PRODUCE DEPOT USA, LLC et al.,

                                    Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Suggestion of Bankruptcy filed by Defendant Produce Depot USA LLC

("Produce Depot") (ECF No. 40), this action is stayed as to Defendant Produce Depot only and

shall proceed as to the remaining Defendants.  Defendant Produce Depot shall provide a status

update by September 6, 2022.

                        **SO ORDERED.**

DATED:        New York, New York
                    March 4, 2022

                                                                    _____
                                                                    KATHARINE H. PARKER
                                                                    United States Magistrate Judge