USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
C.H. ROBINSON WORLDWIDE, INC.,

                Plaintiff,

-against-

PRODUCE DEPOT USA, LLC et al.,

                Defendants.
----------------------------------------------------------------X

21-CV-7939 (ALC) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Suggestion of Bankruptcy filed by Defendant Gaetano Balzano ("Balzano") (ECF No. 43), this action is stayed as to Defendant Balzano and shall proceed as to the remaining Defendants. Defendant Balzano shall provide a status update by **September 6, 2022.**

    SO ORDERED.

DATED:    New York, New York
               March 8, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge